MAFLO HOLDING CORP., Appellant, *v.* S. J. BLUME, INC., Respondent.

Submitted July 8, 1955; decided July 8, 1955.

Motion to amend remittitur granted and remittitur amended to add that costs in the Court of Appeals and in the Appellate Division abide the event. [See 308 N. Y. 570.]